UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| IN RE: | * | |
| | | |
| JOHN A. VARRON | * | Case No. 21-13392-TJC |
| GABI L. HERNANDEZ | | Chapter 7 |
| | * | |
| Debtors | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| JOHN P. FITZGERALD, III | * | |
| | | |
| Plaintiff, | * | |
| | | |
| v. | * | Adversary No. 21-00229-TJC |
| | | |
| JOHN A. VARRON, et al. | * | |
| | | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DISCLOSURE OF
COMPENSATION OF ATTORNEY FOR JOHN A VARRON

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for John A. Varron in the adversary proceeding captioned above. The compensation paid to me during the course of this representation is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | payments for work on an hourly basis. |
| Prior to the filing of this statement I have received and am holding in my escrow account the following amount for services to be rendered in the course of the representation | $7,000.00 |
| Balance Due to fully fund retainer | $0 |

2. The source of compensation paid to me was

☐ Debtor  ■ Other (specify)

$7,000.00 paid by Frank J. Varron - John Varron's father

3. The source of compensation to be paid to me is

■ Debtor  ☐ Other (specify)

If funds on retainer are not sufficient to cover fees, fees may be paid by third parties if debtor does not have funds to satisfy outstanding obligations

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members or associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of names of people sharing in the compensation is attached.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor in this bankruptcy proceeding.

Dated: February 14, 2022

\s\ Jeffrey M. Orenstein
JEFFREY M. ORENSTEIN (#07512)
jorenstein@wolawgroup.com
Wolff & Orenstein, LLC
Shady Grove Plaza
15245 Shady Grove Road, Suite 465
Rockville, Maryland  20850
(301) 250-7232